PEARSON, J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JAMILA YASMINE BEY, *etc.* ) | |
| ) | CASE NO. 4:16CV0693 |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| JOHN REMONDI, *et al.*, ) | |
| ) | |
| Defendants. ) | **ORDER OF DISMISSAL** |

Having filed its Memorandum of Opinion and Order, the Court hereby dismisses the First Amended Complaint (ECF No. 6).

This Order of Dismissal constitutes entry of judgment pursuant to Fed. R. Civ. P. 58. Final.

IT IS SO ORDERED.

December 20, 2018  /s/ Benita Y. Pearson
Date  Benita Y. Pearson
  United States District Judge